UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD HORNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN EMPIRE TRANSIT<br><br>　　　　　Defendant. | Case No. 1:19-cv-01209-DAD-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF NO. 2) |

*Pro se* Plaintiff Michael Edward Horne ("Plaintiff") filed this action on September 3, 2019. At that time, he also filed a motion to proceed *in forma pauperis* ("IFP"). Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a), and will accordingly be denied without prejudice to renewal.

Plaintiff indicates in his IFP application that, within the last 12 months, he received income from "rent payments, interests, or dividends" and from "disability or worker's compensation payments," but he does not describe these sources of income or how much money he derived from them, nor does he state the amount of money he expects to receive from these sources of income in the future. (ECF No. 2.)

Accordingly, IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2.) is DENIED WITHOUT PREJUDICE.

1

2. Plaintiff must submit a renewed IFP application on the standard court form, with all information completed, or pay the filing fee, within 30 days from the date of this order.
3. Plaintiff is cautioned that failure to timely submit a renewed IFP application in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.
4. The Clerk of Court is directed to provide Plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

Dated: **September 6, 2019**

/s/ Erin P. Gросjean
UNITED STATES MAGISTRATE JUDGE