UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD HORNE, Plaintiff,<br><br>v.<br><br>GOLDEN EMPIRE TRANSIT,<br><br>Defendant. | Case No. 1:19-cv-01209-DAD-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 4) |

*Pro se* Plaintiff Michael Edward Horne filed this action on September 3, 2019, along with a motion to proceed *in forma pauperis* in lieu of paying the filing fee to commence an action in this Court. (ECF No. 2.) The Court denied Plaintiff's motion to proceed *in forma pauperis*, finding that Plaintiff did not make the required showing pursuant to 28 U.S.C. § 1915(a). Plaintiff filed a second motion to proceed *in forma pauperis* on September 16, 2019. (ECF No. 4.)

Upon review, the Court finds that Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, Plaintiff's request to proceed *in forma pauperis* (ECF No. 4.) is GRANTED.

IT IS SO ORDERED.

Dated: **September 18, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1