UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD HORNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN EMPIRE TRANSIT,<br><br>　　　　　Defendant. | No.  1:19-cv-01209-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 7) |

　　　　Plaintiff Michael Edward Horne is proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 13, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed as frivolous and due to plaintiff's failure to state a claim. (Doc. No. 7.) The magistrate judge recommended that granting plaintiff leave to amend in this case would be futile "because Plaintiff's complaint is incomprehensible with no basis in fact and law." (*Id.* at 4.) The magistrate judge recommended that the action be dismissed without prejudice to the filing of a paid complaint making the same allegations. (*Id.* at 5.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto
/////

1 were to be filed within twenty-one (21) days after service. (*Id.*) To date, no objections have been
2 filed, and the time in which to do so has now passed.

3     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
4 court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court
5 finds the findings and recommendations to be supported by the record and proper analysis.

6     Accordingly,

7     1.    The April 13, 2020 findings and recommendations (Doc. No. 7) are adopted in
8     full;
9     2.    This action is dismissed as frivolous and due to plaintiff's failure to state a claim,
10     without prejudice to the filing of a fee paid complaint; and
11     3.    The Clerk of Court is directed to close this case.

12 IT IS SO ORDERED.

13 Dated: **May 29, 2020**

14     UNITED STATES DISTRICT JUDGE

2